

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EDGEMERE LOOP, 375, a TEXAS LIMITED LIABILITY COMPANY, | § | No. 08-24-00092-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 205th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| LOOKMAN LAWAL, M.D., and SOUTHWESTERN CARDIAC ARRHYTHMIA INSTITUTE, P.A., a TEXAS PROFESSIONAL ASSOCIATION, | § | (TC# 2020DCV2771) |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse the judgment in favor of Lookman Lawal, M.D., and Southwestern Cardiac Arrhythmia Institute, P.A., on his claims for constructive eviction and breach of implied warranty and we render judgment that he take nothing on those claims. We affirm the judgment against Edgemere Loop, 375, LLC, on its breach of contract claims and for Lookman Lawal, M.D., and Southwestern Cardiac Arrhythmia Institute, P.A. for his security deposit claims. Finally, we remand for a new trial on attorney's fees. We further order that Appellants and Appellees each, respectively, pay one-half (1/2) the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED this 27th day of May 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.